

# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2018

No. 04-17-00790-CV

Margaret **HOSSEINI,**
Appellant

v.

Christine **HANSEN**, Margaret D. Rice, Bonnie Poe, Nancy Wireman, Sarah Christian Hany, and Tracy Ross,
Appellees

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 16-02-0055-CVW
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

The Appellant's Motion to Extend Time to File Appellant's Brief is hereby GRANTED. Time is extended to April 27, 2018.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court